**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **APOLINARIO GASPAR TUM PU** | **CIVIL CASE NO. 26-3369 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **WARDEN, ET AL** | **MAGISTRATE JUDGE MCCLUSKY** |

**MEMORANDUM RULING AND ORDER**

Pending before the Court is an Emergency Motion for Temporary Restraining Order filed Apolinario Gaspar Tum Pu ("Petitioner"). (R. Doc. 2). Having carefully considered Petitioner's submissions and the applicable law, Petitioner's Motion is **DENIED**.

Petitioner's Motion in part seeks to prohibit transfer outside of the Western District of Louisiana. *See* R. Doc. 2 at 4. However, injunctive relief on these grounds is unwarranted. *See Oliveira v. Patterson*, No. 6:25-CV-01463, 2025 WL 3091705, at *1 (W.D. La. Oct. 9, 2025) (explaining that transfer of a petitioner to another facility located within the United States does not affect a court's jurisdiction); *see also Griffin v. Ebbert*, 751 F.3d 288, 290 (5th Cir. 2014) ("Jurisdiction attached on that initial filing for habeas corpus relief, and it was not destroyed by the transfer of petitioner and accompanying custodial change.").

Petitioner's Motion also seeks his immediate release from detention. *See* R. Doc. 2 at 4. The very basis of a habeas action is to challenge the statutory or constitutional basis for detention. *See Dep't of Homeland Sec. v. Thuraissigiam*, 591

U.S. 103, 117 (2020) ("[T]he essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and … the traditional function of the writ is to secure release from illegal custody.") (quoting *Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973)). Seeking injunctive relief that mirrors the relief requested in the habeas petition is nothing more than a motion to decide my habeas petition now. *See Garcia-Aleman v. Thompson*, No. 5:25-CV-00886, ECF No. 20 (S.D. Tex. Oct. 30, 2025)). The Court will not allow Petitioner to commit an end-run around the habeas process. Petitioner's preliminary relief sought—his immediate release—mirrors the ultimate relief sought in the habeas Petition.

For the foregoing reasons,

**IT IS ORDERED** that Petitioner's Motion for Temporary Restraining Order is **DENIED**. This matter is hereby referred to the Magistrate for the issuance of a briefing schedule and further disposition.

**THUS DONE AND SIGNED** this 2nd day of September, 2026.

Jerry Edwards, Jr.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**